IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL BRIGHT | § | |
| Vs. | § | CIVIL ACTION NO. 2:04-CV-401 |
| DOREL JUVENILE GROUP, INC., ET AL. | § | |

### ORDER

The court grants the motion to create trust under Section 142.005 of the Texas Property Code and approves the creation of the trust.

SIGNED this 20th day of April, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE